# Court of Appeals
# of the State of Georgia

ATLANTA,    August 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0460.  GEORGE W. BANKS v. THE STATE.**

In 1999, George Banks was convicted of aggravated child molestation and received a thirty-year sentence.  We affirmed his conviction in an unpublished opinion.  *Banks v. State*, Case No. A02A0564 (decided April 24, 2002).  He subsequently filed, in the trial court, a motion and amended motion for discretionary appeal.  The trial court denied his motions on June 9, 2014, and Banks filed this application for discretionary review on July 23, 2014.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Banks filed his application 44 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*